IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN ROGERS                                                                                          PLAINTIFF

V.                                        CASE NO. 4:10cv01189 JMM

UNION PACIFIC RAILROAD COMPANY                                            DEFENDANT

## ORDER

On November 8, 2010, the Court entered an order holding the motion to dismiss in abeyance until the state court has adjudicated the motion to dismiss in that court.  On November 29, 2010, each party filed a status report indicating the motion to dismiss is still pending in state court.

The parties are directed to file a status report (this can be a joint pleading) regarding the case pending in state court, on or before January 18, 2011.  The parties are requested to submit a status report every sixty (60) days.  If there is any activity in the state court case prior to the deadline to submit a status report, counsel should notify the court by filing a pleading.

IT IS SO ORDERED THIS 28th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE